FILED

NOV - 7 2017

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## MIDLAND-ODESSA DIVISION

**UNITED STATES OF AMERICA**

**V.**                                    |    **CRIMINAL NO. MO-17-CR-210**

**NICHOLAS MCDANIEL**

### FACTUAL BASIS

If this case had gone to trial, the Government would have proven the following beyond a reasonable doubt:

On Tuesday, September 05, 2017 Agents with the Drug Enforcement Administration Midland Resident Office (DEA MRO) and Detectives with the Midland Police Department recovered a Glock 17 9mm (S/N-UXE947) that was later reported stolen in a burglary of a vehicle report. During the investigation Agents and Detectives developed a person of interest in the burglary investigation, who was identified as Nicholas MCDANIEL.

On Thursday September 7, 2017 Detective Johnson with the Midland Police Department located MCDANIEL at the Midland Park Mall located 4511 N. Midkiff. MCDANIEL was later transported to the Midland Police Department where an interview was conducted. Prior to the interview DEA Task Force Officer (DEA TFO) Russell read MCDANIEL his *Miranda* warning, which he advised he understood. MCDANIEL stated that a friend of his named "D" had come over to his residence (MCDANIEL's) located at 1412 E. Chestnut in Midland, Texas with two guns, one being the Glock 17 9mm (S/N-UXE947) firearm that DEA and MPD had recovered on September 5, 2017. MCDANIEL stated that when "D" brought the guns to his residence, he (MCDANIEL) took pictures of him (MCDANIEL) holding the firearm and later posted them on the internet.

A computerized criminal history (CCH) check was later conducted on MCDANIEL. The check showed that MCDANIEL was convicted of the felony offense of Unauthorized Use of a Motor Vehicle in Cause Number CR49651 on or about August 3, 2017 in the 238th District Court in Midland, Texas, which prohibited him from possessing firearms. Additionally, it was confirmed that Glock 17 9mm (S/N-UXE947) possessed by MCDANIEL was manufactured in Austria and therefore had traveled in interstate commerce and foreign commerce prior to being recovered in Midland, Texas on September 5, 2017.

NICHOLAS MCDANIEL
Defendant

LUKE GARRETT
Attorney for Defendant

RICHARD L. DURBIN, JR.
UNITED STATES ATTORNEY

Date: November 7, 2017          By:

BRANDI YOUNG
Assistant United States Attorney
400 West Illinois, Suite 1200
Midland, Texas 79701