AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

Western District of Texas

| United States of America | ) |
|---|---|
| v. | ) |
| Nicholas McDaniel | ) Case No. 7:17-cr-210(1) |
| *Defendant* | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Nicholas McDaniel                                                                                                          ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment         ❏ Superseding Indictment         ❏ Information         ❏ Superseding Information         ❏ Complaint
❏ Probation Violation Petition         ☑ Supervised Release Violation Petition         ❏ Violation Notice         ❏ Order of the Court

This offense is briefly described as follows:

  Failure to comply with conditions of supervised release

Date:   06/04/2019

*Issuing officer's signature*

City and state:   Midland, TX               Jaye Kissler, Deputy Clerk
*Printed name and title*

| **Return** |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____. |
| Date: _____ |
| *Arresting officer's signature* |
| *Printed name and title* |