AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

**FILED**

JUN 2 5 2019

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No.   7:17-cr-210(1) |
| Nicholas McDaniel | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Nicholas McDaniel                                                                                      ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment       ☐ Superseding Indictment       ☐ Information       ☐ Superseding Information       ☐ Complaint

☐ Probation Violation Petition       ☑ Supervised Release Violation Petition       ☐ Violation Notice       ☐ Order of the Court

This offense is briefly described as follows:

  Failure to comply with conditions of supervised release

Date:   06/04/2019

_____
*Issuing officer's signature*

City and state:    Midland, TX

Jaye Kissier, Deputy Clerk
*Printed name and title*

---

| Return |
|---|
| This warrant was received on *(date)* 6 4 19 , and the person was arrested on *(date)* 6 10 19 at *(city and state)* Midland, TX . |
| Date: _____    _____ *Arresting officer's signature* |
| B. Sheets   SDUSM *Printed name and title* |